**No. 40802.**—Protest 950424–G of Robert Badenhop Corp. (New York).

Opinion by Cline, J. It appeared that the immediate containers of the rubber were marked "P of B Malaya," and that British Malaya is the country of origin of the rubber. While the marking does not state the full name of the country of origin the court was of opinion that it is "some other term which will definitely indicate that country." The protest was therefore sustained. Abstracts 37656, 40290, and 39882 cited.

**No. 40803.**—Protest 945893–G of Frank Headon (New York).

Opinion by Cline, J. The plaintiff testified that he purchased 55 sketches in France for use in his studio to give him ideas and inspiration, and that they were not for sale. It did not appear that the sketches were incapable of being marked or that marking would injure them. It was held that the statute does not contemplate the exception of articles from the marking requirements merely because they are not imported for resale. The protest was therefore overruled. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) cited.

**No. 40804.**—Protest 942383–G of U. S. Ginger Importers (New York).

Opinion by Cline, J. It appeared that the ginger was imported in chinaware jars bearing a paper sticker label containing the words "Made in China." On the authority of *American Hatters & Furriers Co.* v. *United States* (C. D. 31) and Abstracts 37079, 39518, 39520, and 39549 the ginger was held legally marked and the protest was sustained.

**No. 40805.**—Protest 974933–G of Stein, Hall & Co., Inc. (New York).

Opinion by Evans, J. On the record presented the protest was overruled.

**No. 40806.**—Protest 972946–G of Penson & Co. (New York).

Opinion by Evans, J. On the record presented the protest was overruled.